# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 27, 2009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

137948

MICHAEL T. DOE and PATSY R. DOE,
        Plaintiffs-Appellees,

v

JOHN HENKE, M.D. and ANN ARBOR
ORTHOPEDIC SURGERY,
        Defendants-Appellants,

and

TRINITY HEALTH, d/b/a ST. JOSEPH
MERCY HEALTH SYSTEM, d/b/a
ST. JOSEPH MERCY HOSPITAL,
        Defendant.
_____/

SC: 137948
COA: 278763
Washtenaw CC: 02-000141-NH

On order of the Court, the application for leave to appeal the November 18, 2008 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 27, 2009

_____
Clerk

d0518